53 So.2d 595

### Ben Lee MAHALEY v. STATE.
### 8 Div. 606.

Supreme Court of Alabama.
June 28, 1951.

W. W. Malone, Jr., and Wm. Bruce Sherrill, Athens, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Ben Lee Mahaley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Mahaley v. State, 53 So.2d 594.

Writ denied.

LIVINGSTON, C. J., and FOSTER and STAKELY, JJ., concur.